■ In the Matter of JAMES G. DE WINDT, an Attorney. — Respondent is ordered to show cause why a final order of suspension, censure or removal from office should not be made and respondent is suspended from practice as an attorney and counselor at law in the State of New York effective immediately and until the further order of this court, and the cross motion to dismiss the petition is denied. Concur — Kupferman, J. P., Carro, Silverman, Fein and Kassal, JJ.

■ HUNGRIA BAUTISTA et al. v JOHN TEPELIDIS. — Motion for reargument and a stay granted. Concur — Sandler, J. P., Sullivan, Carro, Silverman and Bloom, JJ.

■ FRANK J. LIVOTI et al. v MARY J. F. MALLON. — Motion for reargument denied for the reason that it fails to state any points claimed to have been overlooked or misapprehended by this court (22 NYCRR 600.14 [a]), with $20 costs. Concur — Silverman, J. P., Bloom, Fein and Alexander, JJ.